

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-22-00311-CR

**EX PARTE** Otis **GREER**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1992CR1623W-W4
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:  Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so **ORDERED** on this 28th day of July, 2022.

PER CURAIM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court